█ In the Matter of CRAIG ZEMAN, Appellant, v SHANA L. KNIBBS, Respondent. [926 NYS2d 902]

Contrary to the father's contention, there is no evidence that the Supreme Court was biased against him and deprived him of a fair hearing (*see Matter of Richardson v Richardson*, 80 AD3d 32, 44 [2010]; *Matter of Jeannie B. v Roger D.*, 33 AD3d 994 [2006]). Moreover, the record supports the Supreme Court's determination that the mother did not violate the prior order of visitation (*see Matter of Sinnott-Turner v Kolba*, 60 AD3d 774 [2009]; *Matter of Perez v Sepulveda*, 54 AD3d 347 [2008]). Mastro, J.P., Chambers, Austin and Cohen, JJ., concur.